**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas (State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Universal Group Holdings, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  47-1329767

4. **Debtor's address**

   **Principal place of business**
   14801 Sovereign Dr.
   Number    Street

   Fort Worth    TX    76155
   City    State    ZIP Code

   Tarrant
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**  none

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Universal Group Holdings, LLC**
Name

Case number (*if known*)_____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*  <br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  <br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  <br>☐ Railroad (as defined in 11 U.S.C. § 101(44))  <br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  <br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  <br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  <br>☒ None of the above  <br><br>B. *Check all that apply:*  <br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  <br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  <br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))  <br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  <br><br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*  <br>☐ Chapter 7  <br>☐ Chapter 9  <br>☒ Chapter 11. *Check all that apply*:  <br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).  <br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).  <br>   ☐ A plan is being filed with this petition.  <br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).  <br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.  <br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.  <br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No  <br>☐ Yes. District _____ When ___/___/_____ Case number _____  <br>                                 MM / DD / YYYY  <br>      District _____ When ___/___/_____ Case number _____  <br>                                 MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No  <br>☒ Yes. Debtor: Universal Nutrients, LLC  Relationship: wholly owned entity; debtor owns 100% of membership  <br>     District  Northern District of Texas, Fort Worth Division  When  08/05/2016  <br>                                                                     MM / DD / YYYY  <br>     Case number, if known  16-43070-msm-11 |

Debtor  __Universal Group Holdings, LLC__                              Case number (*if known*)_____
      <sub>Name</sub>

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ **X**    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                   Number     Street

    _____
    _____    _____    _____
    City                                                                     State         ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   __Universal Group Holdings, LLC_____   Case number *(if known)*_____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/17/2016
              MM / DD / YYYY

✗  /s/ Richard Epstein                    Richard Epstein
Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

✗  /s/ Richard W. Ward        Date  11/17/2016
Signature of attorney for debtor         MM / DD / YYYY

Richard W. Ward
Printed name

_____
Firm name

6860 N. Dallas Parkway, Suite 200
Number     Street

Plano                          TX          75024
City                           State       ZIP Code

214-220-2402                   rwward@airmail.net
Contact phone                  Email address

20846350                       TX
Bar number                     State