

 

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 1, 2018**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 11 |
| | § | |
| | § | CASE NO. 16-44414-MXM-11 |
| UNIVERSAL GROUP HOLDINGS, LLC, | § | |
| | § | |
| | § | |
| DEBTOR-IN-POSSESSION. | § | |

### AGREED ORDER DISMISSING CASE

Came before the Court, the *United States Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. § 1112(b) or, in the Alternative, to Dismiss Case  [docket no. 221]* ("Motion to Dismiss")  The United States Trustee and the Debtor have reached agreement regarding the Motion to Dismiss.  The Court finds cause to enter this Agreed Order.  It is therefore:

ORDERED that the above-captioned case is hereby DISMISSED.

###END OF ORDER###

Agreed to by:

/s/ Richard Ward
Richard Ward
Attorney for the Debtor


/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young
Attorney for the United States Trustee


Form of Order Prepared by:

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242

Counsel for the United States Trustee